FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 16, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEITH BLEVINS , <br><br> Petitioner, <br><br> v. <br><br> PEND OREILLE COUNTY, WASHINGTON , <br><br> Respondent, | NO: 2:16-CV-0407-SMJ <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION |

This habeas action was transferred here from the Ninth Circuit Court of Appeals. ECF No. 1. Petitioner was then directed to either pay the filing fee to commence this action or to comply with Rule 3, Rules Governing Section 2254 Cases in the United States District Courts, by submitting a completed *in forma pauperis* application. ECF No. 4. He did neither.

On March 31, 2017, Magistrate Judge Dimke recommended this action be dismissed. A copy or the Report and Recommendation was returned as undeliverable on April 24, 2017. Petitioner has not kept the Court informed of a current address and has filed nothing further in this action.

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING ACTION --1

For the reasons set forth by Magistrate Judge Dimke, **IT IS ORDERED** the Report and Recommendation, ECF No. 5, is **ADOPTED in its entirety** and this action is **DISMISSED without prejudice** for failure to comply with the requirements to initiate a habeas action set forth in Rule 3(a), Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS SO ORDERED.** The Clerk of Court shall enter this Order and enter judgment in favor of Respondent. The Court further certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App. P. 22(b).

**DATED** this 16th day of May 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION --2