# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| KEITH BLEVINS,<br><br>*Plaintiff*<br>v.<br>PEND OREILLE COUNTY, WASHINGTON,<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 2:16-CV-407-SMJ<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Report and Recommendation, ECF No. 5, is ADOPTED in its entirety and this action is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Salvador Mendoza, Jr.  to adopt the Report and Recommendation (ECF No. 5).

Date: May 16, 2017

CLERK OF COURT

SEAN F. McAVOY

*(By) Deputy Clerk*

s/Sean F. McAvoy